05-648

VIOLATION OF PROBATION    Q13
GEORGETOWN, DE  19947
RECEIPT OF Deposit/Disbursement

NAME    DUMAN, MICHAEL
FROM    HRYCI
DATE    8/26/2005

BEGINNING BALANCE    $0.00
DEPOSITS             $0.01
PAYMENTS             $0.00
OTHER                $0.00
ENDING BALANCE       $0.01