(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Michael Duman
(Enter above the full name of the plaintiff in this action)

05 - 648

V.

Howard R. Young Institute
Boi E. 12th Street
Wilmington, De. 19809
(Enter above the full name of the defendant(s) in this action

FILED

SEP -- 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]   NO [X]

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1. Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [X]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [X]

C. If your answer is YES,

  1. What steps did you take? _____

  2. What was the result? _____

D. If your answer is NO, explain why not They Do Not Have A Grievance For this Complaint

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

  1. What steps did you take? I wrote Prison Comnity

  2. What was the result? None, Can't Help me

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Michael Duman
Address 1 matthes Ave Wilmington De. 19804
CuRRent ADDress → SVOP 23207 Dupont Blvd Georgetown, De. 19947

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant Howard R. Yong Institute is employed as State OF Delaware at 1301 E. 12th Street Wilm, De. 19809

C. Additional Defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I was in Howard R. Yong Institute waiting to Be transported to SVOP (Sussex Violation of Probation) on the Date 8/15/05. I was Being transfered to SVOP. They wouldnt Let me Chang into my Personal Clothing and Have my wallet and Cell Phone. The Other people that were Incarcerated Had all thier personal Clothing and Items. They SAID IF I DiDn't Have my Personal Items Remove within 15 Days From the Date Above. I Have no one to Pickup my Personal Items. They will Donate my Personal ItEms To Charity which I think is wrong I could Have Brought my personals Items Down to SVOP They Do Have Room at this Facility. H.R.Y.I SAID They Didn't But they Do.

-3-

V.   Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.)

I want the Court to Have Howard R. Young Institute To Pay For my Clothing, cellphone, wallet ID card SSI card, credit cards, Pictures

Signed this 25 day of August, 2005.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

8/25/05
Date

_____
(Signature of Plaintiff)

-4-





US District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 N. King St
Wilmington De. 19801

Michael Doman
237338
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947