9/15/05

To: Judge Sue L. Robinson
US District Court
844 N. Kings Street Lock Box 18
Wilmington, De. 19801-3570

From: Michael Duman SBI# 233670
SVOP
23207 Dupont Blvd
Georgetown Delaware, 19947

RE: Duman VS Howard R Young Institute
CASE # 1:05-CV-00648(SLR)

On July 3, 2005 I was Detained at Howard R. Young Institute "HRYI" Awaiting a Court Date For Violation of Probation. I went to Court on August 5, 2005 on that date I was Sentenced to 120 Days at Violation of Probation Center "VOP" While I was waiting for bed space at "VOP" Howard R Young had me sleeping on the floor with a mattress. On the date August 15, 2005 I was being transfered down to the "VOP". "HRYI" Said I could not change into my Personal Clothing and Personal Items. 1) "VOP" Does not have any Room For my Personal Clothing or Personal Items. 2) I Did not Have A Blue Warrent. 3) I was Sentenced to "VOP". On the date August 15, 2005, "HRYI" Had other "VOP" Detainees, That had their Personal Belonging and Personal Items. "HRYI" said they had a Blue Warrent That's why they are in their Personal Clothing and Personal Items. "HRYI" SAID "VOP" Has no room For Personal Clothing and Personal Items. "HRYI" That I have to have Someone to Pick up my Cloths and Personal Items within 30 days or It would Be Discarded or Donated. Some People can't have thier Personal Clothing and Personal Items Picked up. Some people are homeless or Live Outside the State of Delaware. "HRYI" SAID That they don't have room for Personal Clothing or Personal Items. But "HRYI" seems to have Plenty of room for Detainees to sleep on the Floor with a mattress. "HRYI" They will keep Putting Detainees on the Floor. "HRYI" SAID We will release Detainees what we want to release You In. Now I am at "VOP" A Level 4 Facility I Applied For gate money $50.00 To get clothing "VOP" Denied me of gate money Because I am at Level 4 Facility. By law. That law was Passed Before "V.O.P." open up in 1999. When "HRYI" Donated or Discared my Personal Clothing and Personal Items I Lost the Following 1) SSI card 2) Pre Paid Credit cards 1st.

Prepaid credit card of $150.00 The and I're rack Credit card #352.00 3) Pictures of my Daughter and Family 4) medical cards 5) Personal Phone 6) my Birth Certificate 7) Fork L. F. License 8) my Check Cashing IDS 9) 2 Pre Paid Boost Phone Cards 1 Pre Paid Phone Card $50.00 2 Phone Card $50.00 10) Boost MOBIL Cell Phone 11) State ID 12) 4 Pair of Jeans 13) 1 Pair Shorts 14) 1 Hustle t-Shirt 15) 1 Black AC4DC T-Shirt 16) 1 Timberlen Boots 17) 1 watch ala ku ta 18) Base Ball hat Starter 19) 1 Gold neckless 20) 1 Gold Pendent.

Now I am at "VOP" I have no Clothing or my Personal Items to be Released In. Also "VOP" said They will release me In whatever They feel like releasing me In.

I Am Sorry For writing to you with This Paper But That's all "VOP" will Give us to write our lawyer and Judges And Family.

Sincerly Yours
Michael Duman
9/18/05





9/16/05

Michael Duman
237374
SCCC
SVOP/SWRU
23207 Dupont Blvd
Georgetown DE 19947



U.S.M.S.
X-RAY

Judge Sue L. Robinson
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware. 19801-3570