IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL DUMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-648 SLR |
| | ) |
| HOWARD R. YOUNG INSTITUTE, | ) |
| | ) |
| Defendant. | ) |

FILED
OCT - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Michael Duman, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated September 23, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: September 23, 2005

_____
Signature of Plaintiff





Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware. 19801-3570

19801+3570

Michael Duman
297234
SVOP/
23207 Dupont Blvd.
Georgetown, DE 19947