

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL DUMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-648-SLR |
| | ) |
| Howard R. Young Correctional | ) |
| Institution, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

Plaintiff Michael Duman brings this civil rights action pursuant to 42 U.S.C. § 1983. He appears pro se and on September 19, 2005, was granted in forma pauperis status pursuant to 28 U.S.C. § 1915. (D.I. 3)  The court now proceeds to review and screen the complaint pursuant to 42 U.S.C. § 1915 and § 1915A.

For the reasons discussed below, the complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

**I.  THE COMPLAINT**

Plaintiff alleges his rights were violated on August 15, 2005, while he was at Howard R. Young Correctional Institution (HRYCI) awaiting transport to a different correction facility. He alleges that at the time, he was not allowed to change into his personal clothing.  Nor, he alleges, was he allowed to retrieve his wallet and cell phone.  Plaintiff alleges he was told that if he did not remove his personal items within a certain time period, the items would be donated to charity.